UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | 8:24-cv-00257-FWS-KES |
| Title | Desiree Rascon v. Costco Wholesale Corporation et al |
| Date | July 2, 2025 |

**PRESENT:**

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

Rolls Royce Paschal
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:  ATTORNEYS PRESENT FOR DEFENDANT:

None Present  None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON JOINT REPORT REGARDING SETTLEMENT CONFERENCE**

The court, having been advised by a Joint Report Regarding Settlement Conference [44] that this action settled, hereby orders this action dismissed without prejudice. The court hereby orders all proceedings in the case vacated and taken off calendar.

The court retains jurisdiction for **30 days** to vacate this order and to reopen the action upon a showing of good cause that the settlement has not been completed. This order shall not prejudice any party in this action.

Any pending Order to Show Cause is hereby discharged.

                                                                    - :  -

Initials of Deputy Clerk   rrp

cc: